The application is denied. There appears no error of law in the judgment complained of.

SANDERS, J., concurs in the denial of the writ, having voted to grant a writ in Columbia Gulf Transmission Co. v. Fontenot, La.App., 187 So.2d 455. See 249 La. 717, 190 So.2d 234, a decision which became final by the denial of the writ in this Court.

195 So.2d 143

**Luther H. STROUD**

**v.**

**TREMONT LUMBER COMPANY.**

No. 48546.

Feb. 23, 1967.

In re: Tremont Lumber Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Jackson. 193 So.2d 86

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment